FILED

10/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0391

FILED

OCT 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0391

| | |
|---|---|
| TRACY FORTNER, MARCY FORTNER<br>Petitioners/Appellants,<br><br>v.<br><br>BROADWATER CONSERVATION<br>DISTRICT<br>Respondent/Appellee. | **ORDER** |

In consideration of the Unopposed Motion by Appellants, Tracy and Marcy Fortner, for an extension of time until December 2, 2020 to file and serve their opening brief,

IT IS ORDERED that the Motion is GRANTED. The Appellants' opening brief shall be filed on or before December 2, 2020.

DATED this 30 day of October, 2020.

Bowen Greenwood
Clerk of Montana Supreme Court

1